```
GEORGE S. CARDONA
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
     1200 United States Courthouse
     312 North Spring Street
     Los Angeles, California  90012
     Telephone:  (213) 894-2434
     Facsimile:  (213) 894-0141
JOSHUA B. ROYSTER (N.C. State Bar No. 28785)
Special Assistant United States Attorney
     310 New Bern Avenue
     Raleigh, NC 27601
     Telephone:  (919) 856-4047
     Facsimile:  (213) 856-4821
     E-mail: joshua.royster@usdoj.gov

Attorneys for the UNITED STATES OF AMERICA
```

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 07-CV-03622-GHK (FMOx) |
| Plaintiff, | |
| v. | MEMORANDUM IN SUPPORT OF MOTION FOR DEFAULT JUDGMENT |
| $19,985.90 in U.S. CURRENCY, et al., | Case No. CR-07-00475-GHK(FMOx) |
| Defendant. | |
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | |
| AVEDIS DJEREDJIAN & CARMEN BADRIAN | |
| Defendants. | |

The Clerk of the District Court shall enter the default of any person failing to answer, plead or otherwise defend an action within the time fixed by law.  Rule 55(a), Fed. R. Civ. P.

Further, whenever a Judgment is sought for other than a sum certain, Application for Judgment by Default shall be made to the

```
 1 | court and such Judgment may be entered by the Court.  Rule
 2 | 55(b)(2), Fed. R. Civ. P.; Southern General Insurance Company v.
 3 | O'Keefe, 275 F. Supp. 107 (D. Md. 1967).
 4 | Dated: May 21, 2008          Respectfully submitted,
 5 |
 6 |                              GEORGE S. CARDONA
 7 |                              United States Attorney
 8 |                              LEON W. WEIDMAN
 9 |                              Assistant United States Attorney
   |                              Chief, Civil Division
10 |
11 |                              /s/ Joshua B. Royster
12 |                              JOSHUA B. ROYSTER
   |                              Special Assistant U.S. Attorney
13 |                              Attorneys for Plaintiff
14 |                              United States of America
```