**FILED: 05-11-2012**

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| *United States of America*, | CASE NO. CV 07-3622-GHK (FMOx) |
| **Plaintiff,** | **JUDGMENT** |
| v. | |
| *$19,985.99 in U.S. Currency, et al.* | |
| **Defendants.** | |

Pursuant to the Court's May 11, 2012 Order and 18 U.S.C. § 983(b)(2)(B)(ii), IT IS HEREBY ADJUDGED that the Legal Services Corporation **SHALL** have judgment against the United States of America in the total amount of $14,955.67, consisting of $14,650 in attorney's fees and $305.67 in costs.

**IT IS SO ORDERED**.

DATED: May 11, 2012

_____
GEORGE H. KING
United States District Judge