**FILED: 5/13/13**

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| *United States of America* | CASE NO. CV 07-3622-GHK (FMOx) |
| Plaintiff, | JUDGMENT |
| v. |  |
| *$19,985.99 in U.S. Currency, et al.* |  |
| Defendants. |  |

Pursuant to the Court's May 13, 2013 Order and 18 U.S.C. § 983(b)(2)(B)(ii), IT IS HEREBY ADJUDGED that the Legal Services Corporation **SHALL** have judgment against the United States of America in the total amount of $66,730.43, consisting of $66,412.50 in attorney's fees and $317.93 in costs.

**IT IS SO ORDERED**.

DATED: May 13, 2013

_____
GEORGE H. KING
Chief United States District Judge