**FILED: 10/22/13**

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| *United States of America* | CASE NO. CV 07-3622-GHK (FMOx) |
| Plaintiff, | JUDGMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 54(b) |
| v. | |
| *$19,985.99 in U.S. Currency, et al.*, | |
| Defendant. | |

Pursuant to our October 22, 2013 Order, this Court hereby ORDERS, ADJUDGES, AND DECREES that:

(a) All potential claimants to defendants (1) 300 Cartons of Marlboro Cigarettes; (2) 3,662 Cartons of Miscellaneous Cigarettes (collectively "defendant cigarettes"); and (3) 2003 Hummer VIN: 5GRGN23U73H116326 ("defendant vehicle") are deemed to have admitted the allegations of the Government's Complaint to be true for purposes of this action;

(b) All right, title, and interest of all potential claimants in the defendant cigarettes and defendant vehicle is hereby condemned and forfeited to the United States. The United States Marshal Service shall dispose of the defendant cigarettes and defendant vehicle in accordance with law.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the

$117,136.14 in funds seized from Bank of Nevada Account, number XXXX3951, held in the name of Silver State Distribution, Inc. is forfeited to the United States of America. IT IS FURTHER ORDERED that full right, title, and interest in the aforementioned property is vested in the United States, and the United States Department of Justice is directed to dispose of the property according to law.

IT IS FURTHER ORDERED that the following defendant properties are voluntarily dismissed from this action:

(1) $120,013.96 seized from Bank of America Account #XXXXX4454 held in the name of Allen Nazarian/Discount Outlet;

(2) $14,933.18 seized from Antelope Valley Bank Account #XX-XXXX51-16 held in the name of Mike Capocci d/b/a Modern Cigarettes;

(3) $641.75 seized from Antelope Valley Bank Account #XX-XXXX36-19 held in the name of Mike Capocci d/b/a Modern Video;

(4) $7,891.61 seized from the Wells Fargo Bank Account #XXX-XXX3584 held in the name of Star Tobacco, Inc.;

(5) 2004 Infiniti, VIN: JNRAS08U54X110853;

(6) 2001 GMC, VIN: 1GKEK63U31J235669;

(7) the real property located at 821-823½ East Colorado Street, Glendale, California, 91205, specifically described at 05-1708454 of the Los Angeles County Recorder's Office, California, being titled in the name of Chase Fidelity Bancorp, a Nevada Corporation.

Pursuant to Fed. R. Civ. P. 54(b), we expressly determine that there is no just reason for delay, and we therefore direct entry of this judgment.

**IT IS SO ORDERED**.

DATED: October 22, 2013

_____
GEORGE H. KING
Chief United States District Judge